**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DARSHAN KAUR PUNGHLIA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MICHAEL CHERTOFF, etc., et al.**<br><br>　　　　　Defendant | 1:06-cv-1277 OWW LJO<br><br>ORDER DISMISSING ACTION PURSUANT TO VOLUNTARY DISMISSAL |

　　**Pursuant to the notice of voluntary dismissal submitted by the plaintiff, and the defendant not having appeared;**

　　**This matter is ordered dismissed.** IT IS SO ORDERED.

**Dated:   November 7, 2006**　　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1